UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
Derrick A. Hoover
86-A-6273

                                    **Plaintiff,**

         **vs.**                              **9:99-cv-1855**


S. Hardman, *Dentist*, et al.


_____**Defendant(s)**
_____
                              **ORDER**

**Derrick A. Hoover** plaintiff in the above entitled action has
been directed to appear at **9:00 AM**. on **May 1, 2006** the **U.S.
Courthouse** at **SYRACUSE**, New York for the purpose of
attending a trial relative to the above-entitled case.  It
appears that the plaintiff is presently incarcerated at **Five
Points Correctional Facility, Romulus, New York**. It is
necessary that a Writ of Habeas Corpus Ad Testificandum be
issued for the purpose of securing the presence of the
plaintiff at said proceeding.  Therefore, it is

         **ORDERED** that the Clerk of the Court issue a Writ
of Habeas Corpus Ad Testificandum directing the United
States Marshal for the Northern District of New York, or his
deputies, to serve upon the superintendent this writ of
habeas corpus to deliver said plaintiff to the **U.S.
Courthouse** in **SYRACUSE**, New York, on the date and time
specified above and further

         **ORDERED** that the original and certified copy of
said writ be delivered to the United States Marshal or his
authorized deputy for service upon the named detention
facility stated herein to serve as notice to prepare
plaintiff for transport.

         **FURTHER ORDERED** that in the event the action is
**settled prior to trial**, it shall be incumbent upon the
**Defendant(s)** or authorized representative to notify the
designated institution where plaintiff is housed and cancel
such writ to produce.

DATED: April 4, 2006
      **Syracuse, New York**

Frederick J. Scullin, Jr.
Chief United States District Court Judge